FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 04 2024

KEVIN P. WEIMER, Clerk

By: s/James Jarvis
    Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Jose Alejandro Mejia-Chiguindo a.k.a. Jose Alejandro & Lorena Rodriguez Lopez

**CRIMINAL COMPLAINT**

Case Number: 1:24-MJ-0002-CCB

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 3, 2024 in DeKalb County, in the Northern District of Georgia, defendants, being an alien illegally and unlawfully present in the United States, did knowingly possess at least one of the following: an Ohio Ordnance Works M2-SLR .50 caliber rifle, serial number 850389, and a Cobra Derringer .38 special pistol, serial number CT225447, said possession being in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(5).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

LANCE BOLMANSKI   Digitally signed by LANCE BOLMANSKI
                  Date: 2024.01.04 11:07:43 -05'00'

Signature of Complainant
Lance Bolmanski

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

January 4, 2024                        at   Atlanta, Georgia
Date                                        City and State

CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE                 [signature]
Name and Title of Judicial Officer          Signature of Judicial Officer
AUSA Jesika W. French /jesika.french@usdoj.gov

I, Lance Bolmanski, hereby depose and say under penalty of perjury as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.   I am an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Title 26, United States Code, and other violations of federal law. I am currently employed as a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since 2021.

2.   As an ATF SA, I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and have completed specialized training in the fields of firearms, explosives and arson, and the Federal laws and regulations pertaining thereto, through the ATF SA Basic Training Academy. My duties as an ATF SA include, but are not limited to, investigating violations of federal firearms, explosives laws and regulations, as well as violations of federal narcotics laws. I am currently assigned to Atlanta Group I, a Group responsible for firearms trafficking investigations in the Northern District of Georgia. My duties include enforcing and investigating violations of firearms laws.

3.   Before joining ATF, I completed the Houston Police Department Basic Law Enforcement Training Program and was employed as a police officer and investigator with the Houston Police Department (HPD) in the state of Texas from 2015-2021. As a Police Officer assigned to the Clear Lake Crime Suppression Team, I conducted proactive investigations for crimes including, but not limited to, aggravated robbery, aggravated assault, auto theft, jugging (theft from persons leaving banks/ATMs), sliding (purse thefts from persons shopping/refueling vehicles), narcotics offenses, property offenses, and weapon offenses. I was also assigned to the Major Assaults Division as a Detective at HPD, my duties included the investigation of aggravated

assaults, robberies, sexual assaults, and other violent crimes. I was also served as a Patrol Officer with HPD where I responded to calls for service, assisted different HPD Divisions and outside agencies, and proactively patrolled my area of responsibility.

4.      During my law enforcement career, I have conducted and assisted in numerous investigations into the unlawful manufacturing, possession and distribution of narcotics and firearms as well as the unlawful possession of firearms by prohibited persons. I also hold a bachelor's degree in criminal justice with a minor is psychology from Texas State University located in San Marcos, TX.

5.      I make this affidavit in support of an application for the issuance of a criminal complaint and arrest warrant for JOSE ALEJANDRO MEJIA-CHIGUINDO A.K.A. JOSE ALEJANDRO and LORENA RODRIGUEZ LOPEZ for violations of Title 18, United States Code, Section 922(g)(5).

## SOURCES OF INFORMATION

6.      The information contained in this affidavit is based on my own personal knowledge of this case, as well as information relayed to me by other law enforcement authorities and sources of information. The facts relayed in this affidavit do not reflect the totality of information known to me or other agents, merely the amount needed to establish the probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a warrant should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this affidavit in support of the application for a warrant.

7.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have had either direct or hearsay knowledge of the statement) to whom I have spoken. Such statements are stated

in substance, unless otherwise indicated. Wherever in this affidavit I state a belief, such belief is based upon my training and experience and the information obtained through this investigation.

## PROBABLE CAUSE

8. On January 3, 2024, ATF SAs conducted surveillance at Mainstreet Guns & Range, a Federal Firearms Licensee (FFL) located Lilburn, Georgia within the Northern District of Georgia and observed a brown Chevy Suburban occupied by two people, later identified as Jose Alejandro MEJIA-CHIGUINDO and Lorena Rodriguez LOPEZ, arrive at the FFL.

9. SAs then observed both MEJIA-CHIGUINDO and LOPEZ enter the FFL. MEJIA-CHIGUINDO and LOPEZ later exited the FFL with a large box that was loaded into the trunk of the Chevy Suburban which was driven away by MEJIA-CHIGUINDO with LOPEZ in the passenger seat.

10. SAs conducted mobile surveillance on the Chevy Suburban until it arrived at a residence located at 4976 Central Dr, Stone Mountain, GA 30083. Upon arriving at the residence, SAs approached MEJIA-CHIGUINDO and LOPEZ and spoke with them about what they purchased at the FFL. During the interview, MEJIA-CHIGUINDO admitted to purchasing an Ohio Ordnance Works M2-SLR .50 caliber rifle, serial number 850389 and a Cobra Derringer .38 special pistol, serial number CT225447. He also admitted to being a citizen of Mexico who is unlawfully present in the United States.

11. MEJIA-CHIGUINDO initially provided SAs with a Georgia driver's license with the name Julio Angel Concepcion with the DOB of 10/20/1991. Utilizing a mobile fingerprint scanner, SAs determined his true identity to be MEJIA-CHIGUINDO, DOB: 01/29/1989. His identity was also confirmed via photograph from his 2016 removal from the United States.

12. SAs located the Cobra Derringer in LOPEZ'S purse which was on her person when SAs approached her. She also admitted to being a Mexican citizen who is unlawfully present in the United States. Her identity was verified via her Mexican passport.

13. An ATF nexus expert viewed both firearms and determined that they were manufactured outside of the state of Georgia.