IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN - 4 2024

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

UNITED STATES OF AMERICA

v.

JOSE ALEJANDRO MEJIA-
CHIGUINDO A.K.A. JOSE
ALEJANDRO, AND LORENA
RODRIGUEZ LOPEZ

Criminal Action No.
1:24-MJ-0002-CCB

### Government's Motion for Detention

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Jesika W. French, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves a felony that is not otherwise a crime of violence but involves the possession of a firearm, destructive device, or any other dangerous weapon and a serious risk that the defendant will flee.

**2.    Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

1

### 3.    Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000

Jesika W. French
 Assistant United States Attorney
GA Bar 712040

2

## Certificate of Service

The United States Attorney's Office served this document today by handing a

copy to defense counsel.

January 4, 2024

/s/ JESIKA W. FRENCH

JESIKA W. FRENCH

*Assistant United States Attorney*