**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 23 2024
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ALEJANDRO MEJIA-CHIGUINDO, a/k/a Jose Alejandro; and<br>LORENA RODRIGUEZ LOPEZ | Criminal Indictment<br><br>No. 1:24CR0029 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about January 3, 2024, in the Northern District of Georgia, the defendant, JOSE ALEJANDRO MEJIA-CHIGUINDO, a/k/a Jose Alejandro, aided and abetted by defendant, LORENA RODRIGUEZ LOPEZ, knowing that he was an alien illegally and unlawfully present in the United States, did knowingly possess at least one of the following firearms:

- one Ohio Ordnance Works, model M2-SLR, .50 caliber rifle, and
- one Cobra, model .38 special derringer,

said possession being in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(5) and Section 2.

### Count Two

On or about January 3, 2024, in the Northern District of Georgia, the defendant, LORENA RODRIGUEZ LOPEZ, aided and abetted by defendant JOSE ALEJANDRO MEJIA-CHIGUINDO, a/k/a Jose Alejandro, knowing that she was

an alien illegally and unlawfully present in the United States, did knowingly possess at least one of the following firearms:

- one Ohio Ordnance Works, model M2-SLR, .50 caliber rifle, and/or
- one Cobra .38 special caliber derringer,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(5) and Section 2.

## Count Three

On or about January 3, 2024, in the Northern District of Georgia, the defendant, JOSE ALEJANDRO MEJIA-CHIGUINDO, a/k/a Jose Alejandro, did knowingly furnish and exhibit a false, fictitious, and misrepresented identification, and did make a false and fictitious written statement, to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, in connection with the acquisition of at least one of the following firearms:

- one Ohio Ordnance Works, model M2-SLR, .50 caliber rifle, and
- one Cobra, model .38 special derringer,

said identification and statement being intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the sale of said firearms, that is, the defendant presented a false Georgia identification card bearing the name of "J.A.C.," whose identity is known to the Grand Jury, and falsely represented himself to be "J.A.C.," when, in fact, as the defendant then well knew, he was not "J.A.C."

All in violation of Title 18, United States Code, Section 922(a)(6).

2

### Count Four

On or about January 3, 2024, in the Northern District of Georgia, the defendant, JOSE ALEJANDRO MEJIA-CHIGUINDO, a/k/a Jose Alejandro, did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name of "J.A.C.," an actual person whose identity is known to the Grand Jury, during and in relation to the felony enumerated in Title 18, United States Code, Section 1028A(c), and described in Count Three of this Indictment, that is, to knowingly make a false and fictitious written statement to a licensed dealer of firearms, in violation of Title 18, United States Code, Section 922(a)(6), all in violation of Title 18, United States Code, Section 1028A(a)(1).

### Count Five

On or about January 3, 2024, in the Northern District of Georgia, the defendant, JOSE ALEJANDRO MEJIA-CHIGUINDO, a/k/a Jose Alejandro, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendants, JOSE ALEJANDRO MEJIA-CHIGUINDO, a/k/a Jose Alejandro, and LORENA RODRIGUEZ LOPEZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A  *True*  BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

*JW French*
JESIKA W. FRENCH
 *Assistant United States Attorney*
Georgia Bar No. 712040

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5